

**POTOK, F.**

v.

**REBH, R.**

**444 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

090303768 (Philadelphia)

Affirmed

**POTOK, F.**

v.

**REBH, R.**

**647 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

March Term, 2009 No. 03768 (Philadelphia)

Affirmed

**COM.**

v.

**SMITH, G.**

**2660 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

CP–51–CR–0312371–2006 (Philadelphia)

Affirmed

**HENSLEY, C.**

v.

**DUVALL, D.**

**2911 EDA 2015**

Superior Court of Pennsylvania.

04/13/2017

10–10374 (Bucks)

Affirmed/Remanded

**HENSLEY, C.**

v.

**DUVALL, D.**

**2967 EDA 2015**

Superior Court of Pennsylvania.

4/13/2017

No. 2010–10374

(Bucks)

Affirmed/Remanded

